**Allen Shoff, ISB #9289**
Davillier Law Group
414 Church St Suite 308
Sandpoint, ID 83864-1347
208-920-6140
Email: ashoff@davillierlawgroup.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC.; RYAN BLASER, on his own behalf and as natural guardian for and on behalf of his minor children, K.B.B. and K.S.B.; MICHELLE SANDOZ, on her own behalf and as natural guardian for and on behalf of her minor children, R.S. and E.S.; BARBARA MERCER, an individual; EMILY KNOWLES, on her own behalf and as natural guardian for and on behalf of her minor children, A.G.K. and A.T.K.; and KENDALL NELSON, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF HAILEY, IDAHO, a municipal corporation; and MARTHA BURKE, in her official capacity as the Mayor of the City of Hailey, as well as in her personal capacity for purposes of Section 1983 claims asserted herein,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-389<br><br><br><br><br><br><br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |

**PLAINTIFF HEALTH FREEDOM DEFENSE FUND, INC.'S
CORPORATE DISCLOSURE STATEMENT**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Health Freedom Defense Fund, Inc. certifies that Health Freedom Defense Fund, Inc. does not have a parent

corporation, and no publicly traded corporation owns an interest in Health Freedom Defense Fund, Inc. equal to 10% or more of the company.

Respectfully submitted this 15th day of October, 2021.

The Davillier Law Group

_____
Allen Shoff, ISB# 9289 – Of the Firm

*Counsel for Plaintiff*

**Certificate of Service**

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 15th of October 2021.

> The Davillier Law Group
>
> _____
> Allen Shoff, ISB# 9289 – Of the Firm
>
> *Counsel for Plaintiff*